FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2021

No. 04-19-00489-CR

Otis **GREER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1992CR3010W
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez Justice
Lori I. Valenzuela, Justice

The court has considered the appellant's motion for en banc reconsideration and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court